■ DAWN HILL, Appellant, v WAL-MART STORES, INC., Respondent. [679 NYS2d 920] —Order unanimously affirmed without

costs for reasons stated in decision at Supreme Court, Buckley, J. (Appeal from Order of Supreme Court, Oneida County, Buckley, J.—Summary Judgment.) Present—Pine, J. P., Hayes, Callahan, Balio and Boehm, JJ.